# EXHIBIT C

 Mony Ruiz-Velasco <monyrv8@gmail.com>

## URGENT Request to Expedite Adjudication of U Visa Application
1 message

**Mony Ruiz-Velasco <mony@pasoaction.org>**          Sun, Sep 17, 2017 at 11:10 PM
To: "VSC, Hotline Follow Up I918 I914" <HotlineFollowUpI918I914.VSC@uscis.dhs.gov>

Dear Officer,

I represent Genoveva Beatriz Ramirez Laguna (█████ 516) in her U Visa case, see attached G-28. Her petition was filed in September 2016. I write to request her U visa application be expedited as Genoveva Beatriz Ramirez Laguna has a final order of removal and has been ordered to depart from the United States no later than October 26, 2017.

Genoveva Beatriz Ramirez Laguna has three U.S. citizen grandchildren, for whom she cares on a daily basis, will suffer hardship is Ms. Ramirez Laguna were to leave the country. Ms. Ramirez Laguna also has a daughter who is eligible for deferred action for childhood arrivals (DACA) and who currently has a U visa application pending. She also has a son who is currently adjusting status. In addition, Ms. Ramirez Laguna's husband also has a U visa application pending.

We respectfully request her U visa application be expedited as Genoveva Beatriz Ramirez Laguna's departure from the U.S. will result in extraordinary hardship to her and her family.

Applicant: Genoveva Beatriz Ramirez
A Number: █████ 516
Type of case: U visa/ I918
Received date: 09/22/2016
Attorney: Mony Ruiz-Velasco

--
*Mony Ruiz-Velasco, Esq.*
*Executive Director*



3415 W North Ave Suite D | Melrose Park, IL 60160
mony@pasoaction.org | 708-410-2000
www.pasoaction.org | www.facebook.com/pasoaction

**PASO - Proyecto de Acción de los Suburbios del Oeste (West Suburban Action Project)** *is a community-based social justice organization based in the West Cook Suburbs that works to engage community members to act through their faith and values to address issues that affect them, their families, and neighbors with the mission to build stronger communities where residents can live dignified lives regardless of race, ethnicity, socioeconomic or*

*immigration status.*

**CONFIDENTIALITY NOTICE:** This electronic mail message may contain confidential and proprietary information. If the reader of this message is not the intended recipient, any disclosure, copying or distribution of this communication is strictly prohibited. If you have received this communication in error, please immediately delete this message and any attachments.

📄 **Genoveva Beatriz Ramirez Laguna -2.pdf**
268K