# EXHIBIT D

 Mony Ruiz-Velasco <monyrv8@gmail.com>

## I918I914 Follow Up Message
1 message

**VSC, Hotline Follow Up I918 I914** <HotlineFollowUpI918I914.VSC@uscis.dhs.gov>   Sun, Sep 17, 2017 at 11:10 PM
To: Mony Ruiz-Velasco <mony@pasoaction.org>

*Thank you for contacting the VAWA/T/U Division at the Vermont Service Center (VSC).*

*We will do our best to respond as quickly as possible; however, due to the time required to conduct the necessary research and to process file requests it can take up to 14 days for us to respond.*

*The VSC is unable to respond to inquiries directly from applicants or petitioners via this account. If you are an individual without a representative, please submit your inquiry in writing to the Vermont Service Center, attention VAWA/T/U Unit, 75 Lower Welden Street, St. Albans VT 05479. Please be sure to sign the letter and include the receipt number or A number of your petition.*

*Please note the VSC will not respond to routine status inquiries if your case is within normal processing time, or if your case will meet this year's U visa allotment. If your case is pending and is outside of normal processing times (ONPT) by 30 days or more, we will look into the delay and provide a response. Please note, from now until the U visa allotment has been met, the VSC will be focusing our resources on getting the U visa cases processed.*

*If the inquiry is regarding a family member or beneficiary, please provide the receipt number of the family member along with their name, and the receipt and A number of the principal, and the principal's name.*

*To check the status of a petition or application filed at this office, please utilize Case Status Online at www.uscis.gov.*

*Thank you for your patience and understanding*