# EXHIBIT E

Case: 1:17-cv-06695 Document #: 1-5 Filed: 09/18/17 Page 2 of 3 PageID #:38



Home | Español | Site Map

**FORMS    NEWS    RESOURCES    LAWS    OUTREACH    ABOUT US**

## USCIS Processing Time Information

Print This Page    Back

### USCIS Processing Time Information for the Vermont Service Center

### How To Use the Chart

The chart below shows most forms processed at our Service Centers.

### Important Information About Form I-765, Application for Employment Authorization

You can submit an inquiry about your Form I-765 if your case has been pending more than 75 days.

- Please note that for Form I-765 category (c)(8), based on a pending asylum application, the processing timeframes listed apply only to an initial filing.
- Please note that the adjudication of Form I-765 category (c)(33) filed with Form I-821D, requesting deferred action for childhood arrivals, does not begin until we make a decision on your request for deferred action.

**Field Office Processing Dates for Vermont Service Center as of: June 30, 2017**

| Form | Title | Classification or Basis for Filing: | Processing Cases As Of Date: |
|---|---|---|---|
| I-102 | Application for Replacement/Initial Nonimmigrant Arrival/Departure Record | Initial issuance or replacement of a Form I-94 | October 24, 2016 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Visa to be issued abroad | April 10, 2017 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Change of status in the U.S. | April 10, 2017 |
| I-129 | Petition for A Nonimmigrant Worker | H-3 - Temporary trainees | April 10, 2017 |
| I-129 | Petition for A Nonimmigrant Worker | TN - North American Free Trade Agreement (NAFTA) professional | April 17, 2017 |
| I-129 | Petition for A Nonimmigrant Worker | L - Intracompany transfers | April 24, 2017 |
| I-129 | Petition for A Nonimmigrant Worker | Blanket L | April 24, 2017 |
| I-129 | Petition for A Nonimmigrant Worker | E3 - Certain Specialty Occupation Professionals from Australia | April 24, 2017 |
| I-129 | Petition for A Nonimmigrant Worker | Q - Cultural exchange visitors and exchange visitors participating in the Irish Peace process | April 24, 2017 |
| I-129 | Petition for A Nonimmigrant Worker | H-2B - Other temporary workers | May 29, 2017 |
| I-129 | Petition for A Nonimmigrant Worker | R - Religious occupation | February 1, 2017 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Extension of stay in the U.S. | May 1, 2017 |
| I-129 | Petition for A Nonimmigrant Worker | O - Extraordinary ability | June 15, 2017 |
| I-129 | Petition for A Nonimmigrant Worker | P - Athletes, artists, and entertainers | June 15, 2017 |
| I-129F | Petition for Alien Fiance(e) | K-1/K-2 - Not yet married - fiance and/or dependent child | January 30, 2017 |
| I-130 | Petition for Alien Relative | U.S. citizen filing for a brother or sister | November 7, 2011 |
| I-130 | Petition for Alien Relative | U.S. citizen filing for an unmarried son or daughter over 21 | September 3, 2012 |
| I-130 | Petition for Alien Relative | Permanent resident filling for an unmarried son or daughter over 21 | September 3, 2012 |
| I-130 | Petition for Alien Relative | U.S. citizen filing for a married son or daughter over 21 | September 3, 2012 |
| I-130 | Petition for Alien Relative | U.S. citizen filing for a spouse, parent, or child under 21 | January 23, 2017 |
| I-130 | Petition for Alien Relative | Permanent resident filling for a spouse or child under 21 | January 30, 2017 |
| I-131 | Application for Travel Document | All other applicants for advance parole | December 12, 2016 |
| I-212 | Application for Permission to Reapply for Admission into the U.S. After Deportation or Removal | Readmission after deportation or removal | December 5, 2016 |
| I-360 | Petition for Amerasian, Widow(er), or Special Immigrant | Violence Against Women Act (VAWA) | August 15, 2016 |
| I-360 | Petition for Amerasian, Widow(er), or Special Immigrant | All other special immigrants | September 26, 2016 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Based on an approved T Visa | October 3, 2016 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Based on an approved U Visa | December 19, 2016 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change status to the F or M academic or vocational student categories | January 9, 2017 |

| Form | Title | Classification or Basis for Filing: | Processing Cases As Of Date: |
|---|---|---|---|
| I-539 | Application to Extend/Change Nonimmigrant Status | Change of status to H or L dependents | January 9, 2017 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change Status to the J exchange visitor category | January 9, 2017 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other change of status applications | January 9, 2017 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for F or M academic or vocational students | January 9, 2017 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of stay for H and L dependents | January 9, 2017 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for J exchange visitors | January 9, 2017 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other extension applications | January 9, 2017 |
| I-612 | Application for Waiver of the Foreign Residence Requirement | Application for a waiver of the 2-year foreign residence requirement based on exceptional hardship or persecution | March 1, 2017 |
| I-751 | Petition to Remove the Conditions on Residence | Removal of lawful permanent resident conditions (spouses of U.S. citizens and lawful permanent residents | July 18, 2016 |
| I-765 | Application for Employment Authorization | Based on an approved, concurrently filed, I-821D, Consideration of Deferred Action for Childhood Arrivals (c)(33). | August 22, 2016 |
| I-765 | Application for Employment Authorization | Based on TPS for El Salvador [(c)(19)(a)(12)] | April 1, 2017 |
| I-765 | Application for Employment Authorization | All other applications for employment authorization | April 1, 2017 |
| I-765 | Application for Employment Authorization | Based on a pending I-485 adjustment application [(c)(9)] | April 1, 2017 |
| I-821 | Application for Temporary Protected Status | El Salvador extension | April 1, 2017 |
| I-821 | Application for Temporary Protected Status | El Salvador initial or late filing | April 1, 2017 |
| I-821D | Consideration of Deferred Action for Childhood Arrivals | Request for Deferred Action | December 12, 2016 |
| I-821D | Consideration of Deferred Action for Childhood Arrivals | Request for Deferred Action | December 12, 2016 |
| I-824 | Application for Action on an Approved Application or Petition | To request further action on an approved application or petition | March 20, 2017 |
| I-914 | Application for T Non-immigrant Status | Provide temporary immigration benefits to an alien who is a victim of trafficking in persons, and immediate family | October 10, 2016 |
| **I-918** | **Petition for U Non-immigrant Status** | **Provide temporary immigration benefits to an alien who is a victim of qualifying criminal activity, and their qualifying family** | **August 25, 2014** |

Print This Page    Back

Last Updated: August 16, 2017

| | | | |
|---|---|---|---|
| Contact Us | White House.gov | U.S. Department of Homeland Security | Freedom of Information Act (FOIA) |
| Site Map (Index) | US Department of State | US Customs & Border Patrol | No FEAR Act |
| Careers at USCIS | USA.gov | US Immigration & Customs Enforcement | Website Policies |
| Adobe PDF Reader | SAVE | | Privacy Policy |
| Windows Media Player | SAVE Case Check | | Accessibility |