**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2**
**Eastern Division**

Genoveva Ramirez Laguna

                                        Plaintiff,

v.                                                        Case No.: 1:17−cv−06695
                                                              Honorable Rebecca R. Pallmeyer

Department of Homeland Security, et al.

                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, October 10, 2017:

        MINUTE entry before the Honorable Rebecca R. Pallmeyer: Status hearing held on 10/10/2017. Status hearing set for 11/6/2017 at 09:30 AM. Mailed notice. (etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.